## SHOMO v. BURGESS
(No 1526; Jan. 17, 1929; 273 Pac. 695)
(Rehearing Denied, March 12, 1929)

*Thomas M. Hyde* and *C. A. Zaring,* both of Basin, for plaintiff in error.

*Thos. McKinney, Ray E. Lee,* and *Samuel M. Lee,* for defendants in error.

44

RINER, Justice.

Nothing has been submitted in argument for the disposition of this case different from that presented in case No. 1527 just decided. The same briefs have been used by the parties in both causes, and the questions presented are identical. It follows that the order in the instant case must be the same as in case No. 1527, upon the authority of the opinion therein filed.

*Reversed and Remanded.*

BLUME, C. J., and KIMBALL, J., concur.